IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTHONY BARRY BELLOWS, | : |
| | : |
| | : |
| Plaintiff | : |
| | : |
| VS. | : |
| | : **1 : 05-CV-46 (WLS)** |
| | : |
| JO ANNE B. BARNHART, | : |
| Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## **ORDER**

The above-named plaintiff has requested that he be allowed to proceed *in forma pauperis* in bringing the above-styled action pursuant to 42 U.S.C. § 405(g). Plaintiff's affidavit in support of his motion to proceed *in forma pauperis* is sufficient on its face to enable him to proceed in that manner. Accordingly, it is hereby **ORDERED** that plaintiff's affidavit and complaint be filed and that service be made as provided by law upon the defendant.

**SO ORDERED**, this 9th day of June, 2005.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb