IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTHONY BARRY BELLOWS, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 1:05-CV-46 (RLH) |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

**O R D E R**

The Court having read and considered plaintiff's response to the recently filed Order to Show Cause**,** plaintiff is directed to Local Rule 9 of the Local Rules for the United States District Court for th Middle District of Georgia. Further, plaintiff is hereby advised that he must from this date forward comply with the dictates of that rule or face the possibility that his Social Security Appeal will be dismissed.

SO ORDERED, this 5th day of June 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE